MICHAEL E. KUNZ
CLERK'S OFFICE
CLERK OF COURT

ROOM 2609
(267) 299-7018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURT HOUSE
601 MARKET STREET
PHILADELPHIA 19106-1797

RE:   NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION; MDL 2323

Dear Clerk:

Enclosed is a Certified copy of the conditional transfer order (CTO-16) issued by the Judicial Panel on Multidistrict Litigation directing the transfer of the cases listed on the attached schedule to the ED-PA as part of the MDL 2323 assigned to the Honorable Anita B. Brody.

**Please docket this order on the cases listed on the attached schedule and notify our court by mailing us a certified copy of the docket when completed. We will then log onto pacer and print the case file. You will not be required to forward any documents to our district unless directed otherwise.**

If you have any questions, please call me at (267) 299-7018.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: _____
Kirk Kopacz, Deputy Clerk
MDL Docketing Clerk

Enclosure